Robert C Barkinski
1955 San Pablo Ave SC4B
Oakland, CA 94612
510-485-8962

**FILED**
AUG 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Deacon Robert Clark Barkinski
                            Plaintiff,

vs.

Mickial Campbell ble
A Woman Sil Camble
                            Defendant.
Don R Ginvens 505A

CASE NO. C08-03826 BZ

ADR

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Robert C. Boykin, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?    Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA
PAUPERIS, Case No. _____         - 1 -

1 | wages per month which you received.

2 | _____

3 | _____

4 | _____

5 | 2. Have you received, within the past twelve (12) months, any money from any of the following

6 | sources:

7 |     a. Business, Profession or      Yes ___ No ✓

8 |         self employment

9 |     b. Income from stocks, bonds,      Yes ___ No ✓

10 |         or royalties?

11 |     c. Rent payments?      Yes ___ No ✓

12 |     d. Pensions, annuities, or      Yes ___ No ✓

13 |         life insurance payments?

14 |     e. Federal or State welfare payments,      Yes ✓ No ___

15 |         Social Security or other govern-

16 |         ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount

18 | received from each.

19 | SSA 701/month   SSI 81/month

20 | _____

21 | 3. Are you married?      Yes ___ No ✓

22 | Spouse's Full Name: _____

23 | Spouse's Place of Employment: _____

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $_____ Net $_____

26 | 4.     a. List amount you contribute to your spouse's support:$ _____

27 |     b. List the persons other than your spouse who are dependent upon you for support and

28 |         indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____      - 2 -

1              list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

2  _____

3  _____

4  5.     Do you own or are you buying a home?        Yes ____ No __✓__

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.     Do you own an automobile?                   Yes ____ No __✓__

7  Make _____ Year _____ Model _____

8  Is it financed? Yes _____ No _____ If so, Total due: $ _____

9  Monthly Payment: $ _____

10  7.    Do you have a bank account?  Yes ____ No __✓__ (Do not include account numbers.)

11  Name(s) and address(es) of bank: _____

12  _____

13  Present balance(s):  $ _____

14  Do you own any cash?  Yes ____ No __✓__ Amount: $ _____

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated market

16  value.)  Yes ____ No __✓__

17  _____

18  8.     What are your monthly expenses?

19  Rent: $ _464.00_____ Utilities: _____

20  Food: $ _200.00_____ Clothing: _150.00_____

21  Charge Accounts:

22  Name of Account            Monthly Payment            Total Owed on This Account

23  _Metro PCS_____ $ _50.00 a month_ $ _____

24  _____ $ _____ $ _____

25  _____ $ _____ $ _____

26  9.     Do you have any other debts? (List current obligations, indicating amounts and to whom they

27  are payable.  Do not include account numbers.)

28  _____

APP. TO PROC. IN FORMA

PAUPERIS, Case No. _____        - 3 -

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in other
3  lawsuits?   Yes ___.   No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
5  they were filed.
6  _____
7  _____
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a false
9  statement herein may result in the dismissal of my claims.
10
11  8/11/08                              Ralph C. Barkin, Deacon.
12      DATE                              SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____                    - 4 -