◻ **ORIGINAL**

**FILED**

AUG 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT C. BARKINS, )
            )
    Plaintiff,   )   No. C08-3826 BZ
            )
    v.      )   ORDER DENYING APPLICATION TO
            )   PROCEED *IN FORMA PAUPERIS*
M. CAMBLE,      )   AND DISMISSING COMPLAINT
            )   WITH LEAVE TO AMEND
    Defendant.  )
_____)

   Plaintiff Robert C. Barkins has applied to proceed with his complaint *in forma pauperis* pursuant to 28 U.S.C. section 1915(a).

   Under section 1915(e)(2), a court must dismiss an *in forma pauperis* application which, liberally construed, fails to state a claim on which relief may be granted. See 28 U.S.C. 1915(e)(2)(B); Marks v. Slocum, 98 F.3d 494, 495 (9th Cir. 1996)(*per curiam*).

   Having reviewed the complaint and application, I find that plaintiff has failed to state a claim for which relief may be granted, and I therefore **DENY** his *in forma pauperis* application and **DISMISS** his complaint with leave to amend. To

1

Copies Mailed to
Parties of Record

file suit in federal court, a plaintiff must invoke the jurisdiction of a federal court. Generally, this means that filing a case that involves a question of federal law, or in which the parties are from different states and the amount in controversy exceeds $75,000. See 28 U.S.C. §§ 1331 and 1332(a). Here, it is not clear what, if any, federal claim plaintiff is alleging or whether there is any reason for this case to be in federal court. His complaint suggests that plaintiff believes that he was the victim of false imprisonment, and/or fraud. It is unclear, however, from plaintiff's complaint what he claims any defendant did to him and whether he states any claim against any defendant.

Because I find that plaintiff's complaint fails to state a claim upon which relief may be granted, **IT IS HEREBY ORDERED THAT** plaintiff's *in forma pauperis* application is **DENIED**, with leave to amend his complaint. If plaintiff desires to proceed with this lawsuit, he must file an amended complaint by **September 29, 2008** to demonstrate that he is legally entitled to relief against at least one defendant in federal court. The amended complaint should be a short, legible statement in plain English that clearly states the facts that form the basis for his suit against each defendant. The amended complaint should at least explain: (1) what plaintiff claims each defendant did to him; (2) what law plaintiff thinks was violated; (3) why he filed in federal court and why he thinks this court has jurisdiction over this action. In amending his complaint, plaintiff may wish to consult a manual the court has adopted to assist *pro se* litigants in presenting their

| | |
|---|---|
| 1 | case. This manual is available in the Clerk's Office and |
| 2 | online at www.cand.uscourts.gov. If plaintiff does not amend |
| 3 | or otherwise comply with this Order by **September 29, 2008** this |
| 4 | case may be dismissed. |
| 5 | Dated: August 27, 2008 |

 _[signature]_
 Bernard Zimmerman
 United States Magistrate Judge

G:\BZALL\-BZCASES\BARKINS\ORDER DENYING IFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT C. BARKINS,

    Plaintiff,

v.

M. CAMBLE et al,

    Defendant.
_____/

Case Number: CV08-03826 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2008, I SERVED a true and correct copy(ies) of the attached, **ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING COMPLAINT WITH LEAVE TO AMEND** by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert C. Barkins
955 San Pablo Ave., Apt. 504B
Oakland, CA 94612

Dated: August 27, 2008

    Richard W. Wieking, Clerk
    By: Rose Maher, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. BARKINS, | Case Number: CV08-03826 BZ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| M. CAMBLE et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert C. Barkins
955 San Pablo Ave., Apt. 504B
Oakland, CA 94612

Dated: August 28, 2008

Richard W. Wieking, Clerk
By: Simone Voltz, Deputy Clerk