1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7  ROBERT C. BARKINS,
8          Plaintiff,                          No. C 08-03826 PJH
9      v.                                      **JUDGMENT**
10 M. CAMBLE,
11         Defendant.
   _____/
12
    The court having dismissed this case for failure to state a claim and for lack of
13
   prosecution,
14
    it is Ordered and Adjudged
15
    that plaintiff take nothing, and that the action be dismissed.
16
   **IT IS SO ORDERED.**
17
   Dated: December 5, 2008
18
                                               _____
19
                                               PHYLLIS J. HAMILTON
20                                             United States District Judge
21
22
23
24
25
26
27
28